IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DARYL HAWKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-CV-581-WKW |
| | ) | [WO] |
| JAY JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On May 24, 2018, the Magistrate Judge filed a Recommendation (Doc. # 18) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 18) is ADOPTED;

2. Defendants' motion to dismiss (Doc. # ) is GRANTED to the extent Defendants seek dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy available to him during his confinement at the Lee County Detention Center prior to initiating this action;

3. This case is DISMISSED with prejudice pursuant to 42 U.S.C. § 1997e(a).

A final judgment will be entered separately.

DONE this 29th day of June, 2018.

                                          /s/ W. Keith Watkins
                             CHIEF UNITED STATES DISTRICT JUDGE